AUSA:   Nhan Ho                          Telephone: (313) 226-9103
AO 91 (Rev. 11/11)  Criminal Complaint       Special Agent:     Kara Klupacs, ATF       Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.

John Hill

Case: 2:26-mj-30292
Judge: Unassigned,
Filed: 05-19-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 18, 2026 _____ in the county of _____ Macomb _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ May 19, 2026 __

_____
*Judge's signature*

City and state: __ Detroit, MI __          Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I.      INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

2

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning John HILL (DOB: XX/XX/2001), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on May 18, 2026.

## II. PROBABLE CAUSE

5. I reviewed records related to HILL's criminal history, which include the followings:

- In November 2020, HILL pled guilty to one count of Attempt-Felony Weapons-Carrying Concealed in the Michigan Third Circuit Court. In January 2021, HILL was sentenced to 18 months' probation with judgment of conviction deferred under the Holmes Youthful Trainee Act (HYTA). HILL was discharged in July 2022, and the case was closed.

- On November 29, 2022, HILL pled guilty to one count of Attempt-Felony Weapons- Carrying Concealed in the Michigan Third Circuit Court. The offense date for this conviction was in August 2022. In January 2023, HILL was sentenced to 18 months' probation.

- On July 18, 2025, HILL pled guilty to one count of Felony Weapons-Carrying Concealed – Habitual 2nd Offense in the Michigan Third Circuit Court. The

3

offense date was January 2025, while HILL was on probation. In August 2025, HILL was sentenced to one year's probation with 60 days' tether.

6.     Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Furthermore, HILL is currently on probation with the Michigan Department of Corrections (MDOC) and would have been made aware of his prohibited status regarding firearms.

## II.     PROBABLE CAUSE

7.     On May 18, 2026, at approximately 1:54 a.m., Warren Police were in the area of the Nite Owl, a location in Warren known by police to host gang events. Officers were in the Dunkin Donuts parking lot directly across the street from the Nite Owl when they observed a lone male sitting in the driver's seat of a silver Jeep Compass bearing Michigan license plate EZA4765, which was parked and not running. Officers approached the vehicle on foot and attempted to speak with driver, later identified as HILL. As officers approached the vehicle they could hear the sound of metal-on-metal scraping coming from inside the vehicle. Officers observed HILL making a quick movement but could not see what he did due to the tint on the back windows of the vehicle. While an officer attempted to speak with HILL through the window, a second officer observed at least two firearms behind the front passenger seat.

4

8. Officers ordered HILL to exit the vehicle. At which point HILL put the vehicle in reverse and fled from officers, heading north through the parking lot and west on 10 Mile Rd. Officers pursued the vehicle, west on 10 Mile and south on Lawrence, before temporarily losing visual of the vehicle which made a sudden turn through an alley. Officers followed the likely path of the vehicle through the alley and found the vehicle unoccupied on Godin just north of Coolidge. Shortly after, HILL was located and continued fleeing from officers despite being ordered to stop. HILL was ultimately taken into custody in the area of Van Dyke and 10 Mile Rd. (approximately .3 miles away from the location of the abandoned vehicle).

9. Police conducted an inventory search of the Jeep Compass. From the Jeep Compass officers recovered the following from under the front passenger seat:

    a. One (1) Century Arms Draco, 7.62 caliber pistol

    b. One (1) Glock model 17, 9mm caliber pistol,

    c. Two (2) Glock model 27, 9mm caliber pistols, which were reported stolen. Officers observed one of the Glock model 27 pistols was affixed with a gold in color Machinegun Conversion Device (MCD-Glock switch)

10. I am an ATF Interstate Nexus Expert and concluded that the four recovered firearms were manufactured outside the State of Michigan, and are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III.   CONCLUSION

11.   Probable cause exists to believe that on May 18, 2026, John HILL knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

_____
Kara Klupacs, Special Agent Bureau of
Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Dated:   May 19, 2026

6